UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT EUGENE BETHEA, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS COMPANY GM TECH CENTER, <br> UNITED AUTOWORKERS LOCAL #160, and <br> ARAMARK SERVICES, <br><br> Defendants. | Case No. 21-12432 <br> Honorable Laurie J. Michelson <br> Magistrate Judge Elizabeth A. Stafford |

## JUDGMENT

In accordance with the order entered on August 8, 2022, and the order entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 7th day of September 2022 in Detroit, Michigan.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                               By:    s/Erica Parkin
                                         DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: September 7, 2022